UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
ROBERT CRAMER,                     )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 09-173 S
                                   )
CAROLYN W. COLVIN,[1] Acting       )
Commissioner of Social Security,   )
                                   )
        Defendant.                 )
_____)

## ORDER

WILLIAM E. SMITH, United States District Judge.

On December 20, 2012, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (ECF No. 20), recommending that the Court deny Plaintiff's Motion to Reverse (ECF No. 15) and grant Defendant's Motion to Affirm (ECF No. 17).  Plaintiff Robert Cramer objects (ECF No. 21), arguing that the Administrative Law Judge ("ALJ") erred in the following ways:  (1) failing to provide good reason for attributing less weight to a treating physician, Dr. Gallo; (2) failing to discuss how he evaluated the opinions of two state agency reviewing physicians, Dr. Clifford and Dr. Schniewind; (3) failing to

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to 42 U.S.C. § 405(g), the present suit may continue notwithstanding this change.

address the instances on the record where the Plaintiff's Global Assessment of Functioning ("GAF") scores were consistent with serious symptoms; (4) failing to include a credibility analysis of Mr. Cramer's wife; (5) failing at Step Two of the five-step sequential evaluation process;[2] and (6) failing to cite substantial evidence to support the residual function capacity ("RFC") determination.

After careful review of the record, the Court agrees with Judge Almond's conclusion that all of the ALJ's findings were supported by substantial evidence. Because the Court also agrees with Judge Almond's analysis, it adopts his Report and Recommendation in full pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's Motion to Reverse is DENIED, and Defendant's Motion to Affirm is GRANTED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
United States District Judge
Date:  April 25, 2013

---

[2] Under the Social Security Act, there is a five-step sequential evaluation process for determining whether an individual is disabled. See 20 CFR 404.1520(a).

2